**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

**ROBERT WIGHTMAN-CERVANTES,**

   **Plaintiff,**

   **v.**

**ROBERT MUELLER, in his official
capacity as Director,
Federal Bureau of Investigation, et al.**

   **Defendants.**

**Civil Action No. 10-00238 (JDB)**

---

## ORDER

Upon consideration of [4] defendants' motion to dismiss the complaint, and for the

reasons explained in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [4] the motion to dismiss is **GRANTED**.


/s/

JOHN D. BATES
United States District Judge

Dated: November 12, 2010